UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID STORMAN,<br><br>Plaintiff,<br><br>v.<br><br>ALTA REGIONAL CENTER,<br><br>Defendant. | No. 2:20-cv-0907-KJM-CKD (PS)<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff proceeds pro se in this action which was referred to the undersigned by Local Rule 302(c)(3) pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has filed a motion requesting that this case be dismissed. (ECF No. 27.) Accordingly, IT IS RECOMMENDED:

1. Plaintiff's motion to dismiss (ECF No. 27) be GRANTED;
2. This action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a); and
3. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

////

////

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 26, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Storman.20cv0907.voldism