UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID STORMAN, | No.  2:20-cv-0907-KJM-CKD (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ALTA REGIONAL CENTER, | |
| Defendant. | |

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). By order filed on October 27, 2021, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 29.) Plaintiff has not filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. The court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed on October 27, 2021 (ECF No. 29) are adopted in full;

////

2. Pursuant to plaintiff's motion to dismiss (ECF No. 27), this action is dismissed without prejudice; and

3. The Clerk of Court is directed to close this case.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE